IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **BOUROUISA MOUSSA,** | : |
| Petitioner, | : |
| v. | : |
| | CIVIL ACTION 07-406-CG-M |
| **ALBERTO GONZALES,** | : |
| **MICHAEL CHERTOFF,** | |
| **WARDEN DAVID O. STREIFF,** | : |
| Respondents. | : |

## JUDGMENT

It is **ORDERED, ADJUDGED**, and **DECREED** that **JUDGMENT** be entered in favor of Respondents Alberto Gonzales, Michael Chertoff, and David O. Streiff and against Petitioner Bourouisa Moussa.

**DONE and ORDERED** this 9th day of November, 2007.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE